**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANINE ALLARD | CIVIL ACTION NO.: 3:22CV00179 |
| Plaintiff | |
| v. | |
| LOWE'S HOME CENTER, LLC, | Date: February 1, 2022 |
| Defendants | |

**STATEMENT FILED PURSUANT TO
STANDING ORDER IN REMOVED CASES**

Pursuant to this Court's Standing Order in Removed Cases, the defendant, Lowe's Home Center, LLC, state the following:

1. On or about January 4, 2022, a copy of the Writ, Summons and Complaint was delivered by a marshal to Deneen L. Seifel, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC. The Complaint and Summons for this matter were filed on January 24, 2022 in the Superior Court for the Judicial District of Middlesex at Middletown entitled: Janine Allard v. Lowe's Home Center, LLC with docket number MMX-CV22-6033369-S (hereinafter "State Action") returnable February 15, 2022.

2. This action involves citizens of different states. Neither the defendant nor its members are citizens of the state of Connecticut. The plaintiff, Janine Allard, is a citizen of Connecticut. The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina. Pursuant to *Andreoni v. Forest City Enterprises,*

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

100877238
100877238
100877238

*Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of citizenship are as in North Carolina.

3. The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.  Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal (docket entry no. 1) was filed with this Court on February 1, 2022, within thirty (30) days after receipt by the defendant of the Summons and Complaint setting forth the claims for relief upon which the action is based.

4. Undersigned counsel, Attorney Gina Hall of Morrison Mahoney, LLP has filed an appearance for the sole defendant, Lowe's Home Center, LLC.

5. The Plaintiff is represented by Attorney Paul A. Morello, Jr. of Donovan & Morello, LLP.

        THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By: /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Fed Bar #ct26885
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone: 860-616-4441
Fax: 860-244-3800

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

100877238
100877238
100877238

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **February 1, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Paul A. Morello, Jr.
Donovan & Morello, LLP
154 West Street
Cromwell, CT 06416

By:  /s/ *Gina M. Hall*
     Gina M. Hall

3

100877238
100877238
100877238